UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:20-cr-11

vs.

KEITH NOLAN ACKER,                  District Judge Michael J. Newman
                                                    Magistrate Judge Sharon L. Ovington

    Defendant.

_____

### ORDER ADOPTING IN FULL THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 33)
_____

        This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 33.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in count one of the Information, which charges him with misprision of a felony in violation of 18 U.S.C. § 4.  Doc. No. 33.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **January 13, 2022 at 11:00 AM**.

        **IT IS SO ORDERED.**

  October 14, 2021                                    s/ Michael J. Newman
                                                                  Hon. Michael J. Newman
                                                                   United States District Judge